UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:25-cv-05857-ODW (PVCx) | | Date | February 2, 2026 |
|---|---|---|---|---|
| Title | *American Equity Investment Life Insurance Company v. Elvia Gomeztagle Guerrero et al* | | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings:**                    **In Chambers**

District courts have the inherent power to enforce their orders through civil contempt. *Spallone v. United States*, 493 U.S. 265, 276 (1990). Civil contempt "consists of a party's disobedience to a specific and definite court order by failure to take all reasonable steps within the party's power to comply." *In re Dual-Deck Video Cassette Recorder Antitrust Litig.*, 10 F.3d 693, 695 (9th Cir. 1993). "The contempt need not be willful, and there is no good faith exception to the requirement of obedience to a court order, but a person should not be held in contempt if his action appears to be based on a good faith and reasonable interpretation of the court's order." *Id.* (citation modified). Courts may employ sanctions for civil contempt "to compel or coerce compliance to a court order." *Shuffler v. Heritage Bank*, 720 F.2d 1141, 1147 (9th Cir. 1983).

On November 17, 2025, the Court ordered the parties to confer under Federal Rule of Civil Procedure ("Rule") 26 and re-file a Joint Report under Rule 26(f) no later than January 16, 2026. (Order, Dkt. No. 36.) The remaining parties in this action, Cross Claimant Eduardo Ortiz and Cross Defendant Elvia Guerrero, failed to re-file a joint report. The Court then ordered Ortiz and Guerrero to show cause, no later than January 27, 2026, why they had not complied with the Court's order. (Min. Order, Dkt. No. 41.) They failed to respond to the Court's order to show cause. Finally, the Court also ordered Guerrero to file a Notice of Interested Parties no later than January 27, 2026. (*Id.*) Guerrero failed to do so.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | 2:25-cv-05857-ODW (PVCx) | Date | February 2, 2026 |
|---|---|---|---|
| Title | *American Equity Investment Life Insurance Company v. Elvia Gomeztagle Guerrero et al* | | |

Considering Ortiz's and Guerrero's multiple failures to follow the Court's orders, the Court **ORDERS** Ortiz and Guerrero to **SHOW CAUSE**, in writing, by **FEBRUARY 9, 2026**, why the Court should not hold Ortiz and Guerrero in civil contempt. The Court sets a hearing on its Order to Show Cause for **FEBRUARY 24, 2026,** at **9:00 a.m.,** via **Zoom.** The Court will discharge its Order to Show Cause and vacate the hearing if Ortiz and Guerrero are able to demonstrate good cause for their disobedience of court orders and if they file the documents the Court has requested.

**IT IS SO ORDERED**.

                                          :        00

                    Initials of Preparer    SE